IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Bilal Al Haqq, | ) | Case No. 2:25-cv-02907-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Ms. Boyd, Ms. Kesha Fleming, Ms. B. Williams, Ms. Hawkins, Lt. Bostic, Felicia McKie, Ms. Stacie Ervin, Mr. Days, Bonnie Degraffenreid, Evelyn May, Lillian Emetu, Ms. George, Mr. Smith, Derrick McFarland, Bruce Lobitz, Mr. Mullens, Ms. Harris, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court upon Plaintiff's complaint alleging violations of his civil rights pursuant to 42 U.S.C. § 1983. ECF No. 1. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), (D.S.C.), this matter was referred to United States Magistrate Judge Mary Gordon Baker for pre-trial proceedings and a Report and Recommendation ("Report"). On October 16, 2025, the Magistrate Judge issued a Report recommending that Nurse Hawkins be dismissed from this action pursuant to Federal Rule of Civil Procedure 4(m). ECF No. 22. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences for failing to do so. Plaintiff has not filed objections to the Report and the time to do so has lapsed.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. See *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. See 28 U.S.C. § 636(b). The Court will review the Report only for clear error in the absence of an objection. See *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citation omitted)).

After considering the record in this case, the applicable law, and the Report of the Magistrate Judge, the Court finds no clear error and agrees with the Report's recommendation. Nurse Hawkins is **DISMISSED** without prejudice pursuant to Rule 4(m).

IT IS SO ORDERED.

s/ Donald C. Coggins, Jr.
United States District Judge

December 9, 2025
Spartanburg, South Carolina